UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BYRNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　Defendant. | Case No. 17-cv-00759-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Joseph C. Spero for consideration of whether the case is related to *Byrne v. Colvin*, 13-cv-4720.

**IT IS SO ORDERED.**

Dated: February 23, 2017



WILLIAM H. ORRICK
United States District Judge